# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THOMAS HAROLD MacRAE, by and through his Successor in Interest, Heather Watters; FRANCISCA DENNING, by and through her Successor in Interest Claudette Denning; TOMASITA HOFFMANN, by and through her Successor in Interest Gilda Molinar. <br><br> Plaintiffs, <br> v. <br><br> HCR MANOR CARE SERVICES, LLC; MANOR CARE OF CITRUS HEIGHTS CA, LLC; MANOR CARE OF FOUNTAIN VALLEY CA, LLC; MANOR CARE OF HEMET CA, LLC; and DOES 1 through 250, inclusive, <br><br> Defendants. | CASE NO. SACV-14-00715-DOC(RNBx) <br><br> **JUDGMENT** |

1. Pursuant to the order granting final approval of class action settlement entered on March 30, 2020, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

    1. The Class Action Settlement Agreement (the "Settlement" or "Settlement Agreement"), attached hereto as Exhibit 1, shall be incorporated into this Judgment as though all terms therein are set forth in full. The capitalized terms in this Judgment shall have the meaning set forth in the Settlement Agreement.

    2. Judgment is entered pursuant to the terms of the Settlement Agreement. All Class Members who did not timely opt out of the Settlement are subject to the terms of the Settlement Agreement.

    3. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for the purpose of supervising, administering, enforcing, and interpreting the Settlement Agreement and Final Approval Order.

**IT IS SO ORDERED**.

DATED: April 2, 2020

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE